# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00094-CV

**Affordable Life Plans, LLC, Appellant**

**v.**

**Dell Financial Services, LLC, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. D-1-GN-16-000544, HONORABLE KARIN CRUMP, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed an agreed, joint motion to dismiss this appeal. The parties state that they have reached an agreement and have settled all matters in this case and request that this Court dismiss this appeal. Accordingly, we grant the parties' motion and dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(2)(A).

_____

Melissa Goodwin, Justice

Before Chief Justice Rose, Justices Pemberton and Goodwin

Dismissed on Joint Motion

Filed:   July 19, 2017